NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RYAN E. TEWIS,                                )
                                             )
        Appellant,                    )
                                             )
v.                                           )    Case No. 2D18-3293
                                             )
ANGELA N. TEWIS n/k/a Angela N.              )
Whited,                                      )
                                             )
        Appellee.                     )
                                             )

Opinion filed May 1, 2019.

Appeal from the Circuit Court for Collier
County; Elizabeth V. Krier, Judge.

Ryan Tewis, pro se.

Angie Whited, pro se.

PER CURIAM.

        Affirmed.

BLACK, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.